1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RENITA K. KANE, | Civil No. C07-0758-JLR-MAT |
| Plaintiff, | |
| vs. | |
| MICHAEL J. ASTRUE, | ~~PROPOSED~~ ORDER FOR |
| Commissioner of Social Security, | EXTENSION OF TIME |
| Defendant | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including November 9, 2007, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including November 23, 2007, to file Plaintiff's Reply Brief.

DATED this 15th day of October, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1       ~~PROPOSED~~ ORDER- [2:07-CV-758-JLR-MAT]

1    Presented by:

2    s/ L. Jamala Edwards
     L. JAMALA EDWARDS
3    Special Assistant U.S. Attorney
     Attorney for Defendant
4    701 Fifth Ave, Ste 2900, M/S 901
     Seattle, WA  98104-7075
5    Phone:  206-615-3749
     Fax:      206-615-2531
6    jamala.edwards@ssa.gov

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Page 2      ~~PROPOSED~~ ORDER- [2:07-CV-758-JLR-MAT]